

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $ 6.88    10/3/18

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $
Total Postage & Fees $

Sent To: Allen M. Soucie
Street and: 13124 W. 3000N Rd.
City, State: Essex, IL 60935

7017 1450 0001 3524 3409

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Allen M. Soucie
    13124 W. 3000N Rd.
    Essex, IL 60935

9590 9402 3843 8032 3331 92

2. Article Number (Transfer from service label)
   7017 1450 0001 3524 3409

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# INVOICE

Royal Reporting Services, Inc.
161 North Clark Street
Suite 3050
Chicago, IL 60601
Phone:312.361.8851  Fax:312.361.8861

| **Invoice No.** | **Invoice Date** | **Job No.** |
|---|---|---|
| 25119 | 10/18/2018 | 13807 |
| **Job Date** | **Case No.** ||
| 9/25/2018 | 17 CV 5235 ||
| **Case Name** |||
| Soucie, Michelle v. City of Braidwood, Illinois |||
| **Payment Terms** |||
| Net 30 |||

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

ORIGINAL TRANSCRIPT IN ETRAN FORMAT:

| | | | | |
|---|---|---|---|---|
| Michelle Soucie | 255.00 Pages | @ | 3.98 | 1,014.90 |
| Appearance Hourly | 5.50 Hours | @ | 62.50 | 343.75 |
| Delivery | | | 10.00 | 10.00 |

**TOTAL DUE >>>**  $1,368.65

Thank you. We appreciate your business.

(-) Payments/Credits:  1,368.65
(+) Finance Charges/Debits:  0.00
(=) New Balance:  $0.00

*handwritten:*
255 × $3.65 = $930.75
5.5 Hours  $220.00
           10.00
**$1160.75**

**Tax ID:** 45-5185890

*Please detach bottom portion and return with payment.*

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

Invoice No.    : 25119
Invoice Date   : 10/18/2018
**Total Due**  : **$0.00**

Remit To: **Royal Reporting Services, Inc.**
**161 North Clark Street**
**Suite 3050**
**Chicago, IL 60601**

Job No.    : 13807
BU ID      : RRS-MAIN
Case No.   : 17 CV 5235
Case Name  : Soucie, Michelle v. City of Braidwood, Illinois

# INVOICE

Royal Reporting Services, Inc.
161 North Clark Street
Suite 3050
Chicago, IL 60601
Phone:312.361.8851   Fax:312.361.8861

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26079 | 11/30/2018 | 13921 |
| Job Date | Case No. | |
| 10/31/2018 | 17 CV 5235 | |
| Case Name | | |
| Soucie, Michelle v. City of Braidwood, Illinois | | |
| Payment Terms | | |
| Net 30 | | |

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

COPY OF TRANSCRIPT IN ETRAN FORMAT:
  Chief Nicholas Ficarello                                  160.00 Pages    @    2.83     452.80
     Exhibits scanned                                        22.00 Pages    @    0.38       8.36
COPY OF TRANSCRIPT IN ETRAN FORMAT:
  Chief Nicholas Ficarello - Confidential                   15.00 Pages     @    2.83      42.45

                                                                    TOTAL DUE >>>        $503.61

Thank you. We appreciate your business.

*[handwritten:]*
160 × .90¢ = $144.00
              8.36
15 × .90¢ =  13.50
            **$165.86**

**Tax ID:** 45-5185890

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No. : 13921 | BU ID : RRS-MAIN |
| Case No. : 17 CV 5235 | |
| Case Name : Soucie, Michelle v. City of Braidwood, Illinois | |
| Invoice No. : 26079 | Invoice Date : 11/30/2018 |
| **Total Due : $ 503.61** | |

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

Remit To: **Royal Reporting Services, Inc.**
          **161 North Clark Street**
          **Suite 3050**
          **Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                           Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Royal Reporting Services, Inc.
161 North Clark Street
Suite 3050
Chicago, IL 60601
Phone:312.361.8851  Fax:312.361.8861

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26083 | 12/3/2018 | 14169 |
| Job Date | Case No. | |
| 11/1/2018 | 17 CV 5235 | |
| Case Name | | |
| Soucie, Michelle v. City of Braidwood, Illinois | | |
| Payment Terms | | |
| Net 30 | | |

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

| | | | | |
|---|---|---|---|---|
| COPY OF TRANSCRIPT IN ETRAN FORMAT: | | | | |
| James A. Vehrs | 65.00 | Pages @ | 2.83 | 183.95 |
| Exhibits scanned | 16.00 | Pages @ | 0.38 | 6.08 |
| COPY OF TRANSCRIPT IN ETRAN FORMAT: | | | | |
| Tari Atherton | 53.00 | Pages @ | 2.83 | 149.99 |
| Exhibits scanned | 3.00 | Pages @ | 0.38 | 1.14 |
| | | TOTAL DUE >>> | | $341.16 |

Thank you. We appreciate your business.

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: $341.16

*handwritten:*
65 x .90¢ = $58.50
         6.08
53 x .90¢ = $47.70
         1.14
      $113.42

*Please detach bottom portion and return with payment.*

Tax ID: 45-5185890

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

Invoice No.   : 26083
Invoice Date  : 12/3/2018
Total Due     : $341.16

Remit To:  Royal Reporting Services, Inc.
           161 North Clark Street
           Suite 3050
           Chicago, IL 60601

Job No.    : 14169
BU ID      : RRS-MAIN
Case No.   : 17 CV 5235
Case Name  : Soucie, Michelle v. City of Braidwood, Illinois

# INVOICE

Royal Reporting Services, Inc.
161 North Clark Street
Suite 3050
Chicago, IL 60601
Phone:312.361.8851   Fax:312.361.8861

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26243 | 12/3/2018 | 14358 |
| Job Date | Case No. | |
| 11/8/2018 | 17 CV 5235 | |

| Case Name |
|---|
| Soucie, Michelle v. City of Braidwood, Illinois |

| Payment Terms |
|---|
| Net 30 |

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

ORIGINAL TRANSCRIPT IN ETRAN FORMAT:
   Allen M. Soucie                               150.00 Pages    @    3.98      597.00
      Appearance Hourly                            3.00 Hours    @   62.50      187.50
      Exhibits scanned                            54.00 Pages    @    0.38       20.52
      Delivery                                                       10.00       10.00

                                          TOTAL DUE >>>                       $815.02

Thank you. We appreciate your business.

*[handwritten:]*
150 x $3.65 = $547.50
3 hours        110.00
               20.52
               10.00
              $688.02

Tax ID: 45-5185890

*Please detach bottom portion and return with payment.*

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

Job No.      : 14358         BU ID      : RRS-MAIN
Case No.     : 17 CV 5235
Case Name    : Soucie, Michelle v. City of Braidwood, Illinois

Invoice No.  : 26243         Invoice Date : 12/3/2018
Total Due    : $ 815.02

Remit To: Royal Reporting Services, Inc.
          161 North Clark Street
          Suite 3050
          Chicago, IL 60601

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Royal Reporting Services, Inc.
161 North Clark Street
Suite 3050
Chicago, IL 60601
Phone:312.361.8851  Fax:312.361.8861

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27195 | 1/23/2019 | 14358 |
| Job Date | Case No. | |
| 11/8/2018 | 17 CV 5235 | |
| Case Name | | |
| Soucie, Michelle v. City of Braidwood, Illinois | | |
| Payment Terms | | |
| Net 30 | | |

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

COPY OF TRANSCRIPT IN ETRAN FORMAT:
  Eric Tessler                          55.00 Pages   @   2.83   155.65
    Exhibits scanned                     7.00 Pages   @   0.38     2.66

                                        TOTAL DUE >>>          $158.31

Payments not received within 60 days will be subject to a 5% per month late fee.

Thank you! We appreciate your business!

                                        (-) Payments/Credits:    0.00
                                        (+) Finance Charges/Debits: 0.00
                                        (=) New Balance:      $158.31

$$55 \times .90¢ = \$49.50$$
$$2.66$$
$$\$52.16$$

Tax ID: 45-5185890

*Please detach bottom portion and return with payment.*

David L. Miller
Rock Fusco & Connelly, LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654

Invoice No.  : 27195
Invoice Date : 1/23/2019
**Total Due** : **$158.31**

Remit To: **Royal Reporting Services, Inc.**
**161 North Clark Street**
**Suite 3050**
**Chicago, IL 60601**

Job No.    : 14358
BU ID      : RRS-MAIN
Case No.   : 17 CV 5235
Case Name  : Soucie, Michelle v. City of Braidwood, Illinois

**ROCK FUSCO & CONNELLY, LLC • OPERATING ACCOUNT** 24948

| VENDOR: | Allen M. Soucie | | | 10/3/2018 | CHECK NO: 24948 |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | na | 10/03/2018 | 69.33 | 69.33 | 0.00 |

29829/7 - Allen Soucie witness fee pursuant to subpoena.

---

**ROCK FUSCO & CONNELLY, LLC**
OPERATING ACCOUNT
321 NORTH CLARK STREET, SUITE 2200
CHICAGO, IL 60654
(312) 494-1000

**WINTRUST BANK®**
Chicago
70-2544/719

24948

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 24948 | 10/03/2018 | TEMP |

EZShield™ Check Fraud Protection for Business

**PAY**

Sixty-nine and thirty-three/100

**CHECK AMOUNT**

69.33

TO THE ORDER OF

Allen M. Soucie
13124 W. 3000 N. Road
Essex, IL 60935

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5,000

_____

AUTHORIZED SIGNATURE

⑈024948⑈ ⑆071925444⑆ ⑈3805978521⑈

---

**ROCK FUSCO & CONNELLY, LLC • OPERATING ACCOUNT** 24948

| VENDOR: | Allen M. Soucie | | | 10/3/2018 | CHECK NO: 24948 |
|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | na | 10/03/2018 | 69.33 | 69.33 | 0.00 |

29829/7 - Allen Soucie witness fee pursuant to subpoena.

PRODUCT SSLM228  USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

5655412101
AD870C CHIKDK03 06/14/2018 16:35 -899-

| ROCK FUSCO & CONNELLY, LLC • OPERATING ACCOUNT | | | | | 9/11/2018 | 24820 24820 |
|---|---|---|---|---|---|---|
| VENDOR: | Ciox Health | | | | | CHECK NO: |
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | | AMOUNT PAID | DISCOUNT TAKEN |
| | 0252807411 | 08/15/2018 | 71.05 | | 71.05 | 0.00 |
| 29829/7 | | | | | | |

**NOT NEGOTIABLE**

24820

**ROCK FUSCO & CONNELLY, LLC**
OPERATING ACCOUNT
321 NORTH CLARK STREET, SUITE 2200
CHICAGO, IL 60654
(312) 494-1000

**WINTRUST BANK**
**Chicago**
70-2544/719

EZShield™ Check Fraud Protection for Business

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 24820 | 09/11/2018 | 001928 |

**PAY**

Seventy-one and five/100

CHECK AMOUNT

71.05

TO THE ORDER OF
Ciox Health
P.O. Box 409740
Atlanta, GA 30384

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5,000

_____

_____
AUTHORIZED SIGNATURE

⑈02482O⑈ ⑆071925444⑆ ⑈380597852⑈

| ROCK FUSCO & CONNELLY, LLC • OPERATING ACCOUNT | | | | | 9/11/2018 | 24820 24820 |
|---|---|---|---|---|---|---|
| VENDOR: | Ciox Health | | | | | CHECK NO: |
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | | AMOUNT PAID | DISCOUNT TAKEN |
| | 0252807411 | 08/15/2018 | 71.05 | | 71.05 | 0.00 |
| 29829/7 | | | | | | |

PRODUCT SSLM228    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

5655412101
AD870C CHIKDK03 06/14/2018 16:35 -643-

# CIOX HEALTH
## INVOICE

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0252807411**
Date: **8/15/2018**
Customer #: 2162089

**Ship to:**
ROCK FUSCO AND CONNELLY
ROCK FUSCO AND CONNELLY LLC
321 N CLARK ST
STE 2200
CHICAGO, IL 60654-4614

**Bill to:**
ROCK FUSCO AND CONNELLY
ROCK FUSCO AND CONNELLY LLC
321 N CLARK ST
STE 2200
CHICAGO, IL 60654-4614

**Records from:**
PRESENCE MEDICAL GROUP
7435 W TALCOTT AVE
CHICAGO, IL 60631-3707

**Requested By:** ROCK FUSCO AND CONNELLY
**Patient Name:** SOUCIE MICHELLE
**DOB:** 031276

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 27.91 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 25 | 1.05 | 26.25 |
| Per Page Copy (Paper) 1 | 20 | 0.70 | 14.00 |
| Shipping | | | 2.89 |
| Subtotal | | | 71.05 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 71.05 |
| Balance Due | | | 71.05 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

Terms: Net 30 days

**Please remit this amount : $ 71.05 (USD)**

---

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

Invoice #: **0252807411**

Check # _____
Payment Amount $_____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.